# Federal Public Defender's Office
## Western District of New York

Marianne Mariano
**Federal Public Defender**
marianne_mariano@fd.org

Sonya A. Zoghlin
**Asst. Federal Public Defender**
Sonya_Zoghlin@fd.org

28 East Main Street
First Federal Plaza, Suite 400
Rochester, New York 14614

585-263-6201
Fax: 585-263-5871

Buffalo Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
716-551-3341
716-551-3346-fax

Reply to: Rochester

January 25, 2021

Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614
*via e-mail*

     Re: *United States v. Kyle Bradley Davis,* 20-MJ-4169

Dear Magistrate Judge Payson:

     The above-captioned matter is scheduled for a status conference on January 27th at 10:00 a.m. I'm writing to request an adjournment of this appearance for approximately 30 days.

     The government is in the process of providing discovery material for my review and discussion with Mr. Davis. I recently asked for additional information, which the government is endeavoring to provide. I anticipate that after that process is complete, we will explore the possibility of a pre-trial resolution of this matter. For that reason, I am requesting an adjournment of the status conference in this case.

     I also respectfully request that the Court exclude this adjournment from the speedy trial requirements in the interests of justice, pursuant to 18 U.S.C. 3161(h)(7), as it is in Mr. Davis' interest to review the discovery material and to consider a pre-trial resolution of his case. This request is also consistent with the public's interest in conserving judicial resources by resolving this matter without further litigation. AUSA Brett Harvey does not object to this request.

     Thank you for your consideration.

                              Very truly yours,

                              /s/ *Sonya A. Zoghlin*
                              Counsel for Kyle Davis

cc: Brett Harvey