IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                      20-MJ-4169P

KYLE DAVIS,

                Defendant.

---

## ORDER OF DISMISSAL

The United States Attorney for the Western District of New York hereby dismisses Criminal Complaint No. 20-MJ-4169P pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon.

DATED:  Rochester, New York, May 26, 2021.

                                        JAMES P. KENNEDY, JR.
                                        United States Attorney

BY:   *s/ Brett A. Harvey*
        BRETT A. HARVEY
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        585/399-3949
        brett.harvey@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED:    Rochester, New York
                May  26 , 2021.

                                        *Marian W. Payson*
                                        HONORABLE MARIAN W. PAYSON
                                        United States Magistrate Judge
                                        Western District of New York